UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NUMBER: 16-20067-CM-JPO |
| | ) |
| **ALPHONZO KELLIN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## INDICTMENT

The Grand Jury charges:

## INTRODUCTION

At all times relevant to this indictment:

1. First Premier Bank Bankcard, LLC ("Premier Bankcard") is a corporation headquartered in Sioux Falls, South Dakota. Credit One Bank, N.A. ("Credit One") is a corporation headquartered in Las Vegas, Nevada. Premier Bankcard and Credit One issue credit cards, including Visa and MasterCard credit cards, to qualifying applicants.

2. An applicant may apply for a Premier Bankcard or Credit One credit card using an online application. The application requires the applicant to designate personal information, such as his or her name, address, social security number, telephone number, and employment information.

3. Once a qualifying applicant receives his credit card, he becomes an account holder. He may use the credit card to purchase items at any location where the credit card is accepted.

1

The account holder is then responsible for repaying the purchase price plus any interest accrued for the purchases on the account.

### The Scheme

4.     Beginning in or about January 2016 and continuing until in or about March 2016, in the District of Kansas and elsewhere, the defendant,

**ALPHONZO KELLIN,**

devised a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses and representations, that is, fraudulently obtaining credit cards that were then used to purchase property and services.  The credit cards were obtained by using other persons' names and identifying information without the knowledge or consent of the other persons.

5.     The defendant executed the scheme and artifice to defraud and to obtain money, property, and services through false and fraudulent pretenses and representations by providing names and social security numbers belonging to other persons without their consent to Premier Bankcard and Credit One for the purpose of obtaining credit cards, which enabled the defendant to purchase property, money, and services through the line of credit associated with each card.

6.     The defendant's applications to obtain credit cards from Premier Bankcard and Credit One caused Premier Bankcard and Credit One, along with the retailers from whom the defendant transacted using the fraudulently acquired credit cards, to transmit information via wire across state lines.

### COUNTS ONE - NINE
### Wire Fraud

7.     Paragraphs one through six are reincorporated as though fully set forth at this point.

8.  Beginning in or about January 2016 and continuing to in or about March 2016, in the District of Kansas and elsewhere, the defendant,

**ALPHONZO KELLIN,**

having devised a scheme and artifice to defraud, and for obtaining money, services, and property by means of false and fraudulent pretenses and representations, that is, applying for credit cards using false and fraudulently obtained identifications and then using the credit cards to obtain money, services, and property, unlawfully transmitted and caused to be transmitted by means of wire in interstate commerce writings, signs, signals, and pictures for the purpose of executing such scheme and artifice, as listed below:

| Count | Date | Initials of Identification Used | Issuer of Credit Card |
| --- | --- | --- | --- |
| One | January 18, 2016 | D.M. | Premier Bankcard |
| Two | January 24, 2016 | C.R. | Premier Bankcard |
| Three | January 25, 2016 | A.W. | Credit One |
| Four | February 1, 2016 | J.D. | Premier Bankcard |
| Five | February 6, 2016 | C.R. | Credit One |
| Six | February 26, 2016 | D.C. | Premier Bankcard |
| Seven | March 22, 2016 | E.F. | Premier Bankcard |
| Eight | March 22, 2016 | D.J. | Premier Bankcard |
| Nine | March 22, 2016 | T.J. | Premier Bankcard |

9.  This was all in violation of Title 18, United States Code, Sections 1343 and 2.

### COUNT TEN
### Aggravated Identity Theft

10. Paragraphs one through ten are reincorporated as though fully set forth at this point.

11. On or about February 20, 2016, in the District of Kansas, the defendant,

**ALPHONZO KELLIN,**

knowingly used, without lawful authority, a means of identification of another person, that is the name of C.R., during and in relation to the felony offense of wire fraud in violation of Title 18, United States Code, Section 1343.

    13.   This was in violation of Title 18, United States Code Sections 1028A and 2.

Dated:   July 6, 2016

                                                s/foreperson
                                                FOREPERSON

Erin S. Tomasic, D. Kan. No. 78430 for
THOMAS E. BEALL
Acting United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
tom.beall@usdoj.gov
Ks. S. Ct. No. 19929

    (It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Counts 1-9: 18 U.S.C. §§ 1343 and 2 – Wire Fraud
- NMT 20 years imprisonment
- NMT 3 years supervised release
- NMT $250,000 fine
- $100 special assessment per count

Count 10:   18 U.S.C. §§ 1028A and 2 – Aggravated Identity Theft
- 2 years imprisonment consecutive to any other count
- NMT 1 year supervised release
- NMT $250,000 fine
- $100 special assessment